UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEILA M. KLANN-BREZINSKI,

    Plaintiff,

Case No. 1:16-cv-487

v.

HONORABLE PAUL L. MALONEY

U.S. BANK TRUST, N.A., et al.,

    Defendants,
_____/

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered.

Date:  December 14, 2016          /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          United States District Judge